DAVID T. MALOOF (DM 3350)
JACQUELINE M. JAMES (JJ 1845)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

XL SPECIALTY INSURANCE COMPANY,

           *Plaintiff,*

- against -

RPTS EXPRESS, INC.

           *Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10 Civ. _____   JUDGE MARRERO

**STATEMENT**
**UNDER F.R.C.P. 7.1**

'10 CIV 06408

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for XL Specialty Insurance Company certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

- XL Group, PLC

Date:  Rye, New York
       August 26, 2010

                                MALOOF BROWNE & EAGAN LLC

                                By:_____
                                David T. Maloof (DM 3350)
                                Jacqueline M. James (JJ 1845)
                                411 Theodore Fremd Avenue, Suite 190
                                Rye, New York 10580-1411
                                (914) 921-1200
                                *Attorneys for Plaintiff*